1042

No. 84–5534. SMITH *v.* WELKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–5537. STREET *v.* COLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 84–5539. COLEMAN *v.* CORBIN, ATTORNEY GENERAL OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–5541. DUNLAP *v.* TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 84–5557. ROMANO *v.* BLACK, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS AND HUMAN RESOURCES. C. A. 8th Cir. Certiorari denied.

No. 84–5558. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5559. SALAZAR LOBO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 84–5562. MCFADDEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5570. FRANKS *v.* STARCHER, JUDGE. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–5571. HONORE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–5573. ESPENSHADE *v.* PENNSYLVANIA STATE UNIVERSITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–5574. ELLSWORTH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–5575. BOONE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–5577. HENDERSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–5580. ZEIGLER *v.* GRISWALD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.